**Order entered October 16, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00697-CV

### ROCKY V. EMERY, Appellant

### V.

### HILLTOP SECURITIES, INC., Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03103**

## ORDER

This consolidated appeal challenges the trial court's order denying appellant's motion to compel arbitration and a subsequent order temporarily enjoining appellant from proceeding with arbitration. Before the Court is appellant's October 10, 2018 motion to supplement the record and appellee's October 11, 2018 response. Appellant seeks to supplement the record of the temporary injunction hearing with a copy of the "U4"—the "Uniform Application for Securities Industry Registration or Transfer," which the reporter's record reflects was admitted into evidence as one of the exhibits of defendant.

We **GRANT** the motion to the extent we **ORDER** court reporter Laura Weed to file, no later than October 26, 2018 a supplemental reporter's record containing a copy of the "U4." We

further **ORDER** appellant to file, no later than November 6, 2018, an amended brief that cites to the supplemental record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Weed and the parties.

/s/    DAVID EVANS
JUSTICE